Form FIND

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| In Re:  OMAC Services Co | Case No.: 12–46163 RLE 7 |
| fdba  Carpet Master Chem–Dry | Chapter:  7 |
| Debtor(s) | |

**FINAL DECREE**

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑  John Kendall is discharged as trustee of the estate of the above–named debtor and the
bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: <u>4/15/13</u>                        By the Court:


                                   Roger L. Efremsky
                                   United States Bankruptcy Judge